IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY LYONS**<br><br>        Plaintiff<br><br>v.<br><br>**GERHARD'S INC.,** *et al.*<br><br>        Defendants | **CIVIL ACTION**<br>**NO. 14-06693** |

# ORDER

**AND NOW**, this 15th day of July, 2015, upon consideration of the parties' Joint Motion for Approval of Settlement Agreement (Doc. No. 20), the terms of the proposed Settlement Agreement and General Release (Doc. No. 20, Ex. A), and after a hearing on the Motion, it is **ORDERED** that the Motion is **GRANTED**.  The Settlement Agreement and General Release is **APPROVED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.